## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-07699 SEK

EVELYN PANZARDI ALVAREZ

DEBTOR(S)

CHAPTER 13

## NOTICE OF FILING THE PRE-CONFIRMATION
## AMENDED CHAPTER 13 PLAN DATED JUNE 30, 2009

**TO THE HONORABLE COURT:**

**COME(S) NOW** Debtor(s), represented by the undersigned attorney and respectfully represent(s) and as follows:

The **Pre-confirmation Amended Chapter 13 Plan dated May 19, 2010** is being filed herewith. **It provides the required funding to comply with the liquidation value test.**

**WHEREFORE**, the undersigned Counsel for the herein Debtor(s) respectfully informs this Honorable Court, all creditors and parties in interest, of the filing of the aforementioned plan.

### Twenty-Eight-Day Notice To Parties In Interest

Within **twenty eight (28) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to the foregoing **Pre-confirmation Amended Chapter 13 Plan** with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. *Fed. R. Bankr. P. 2002 (b) and LBR 9013-1.*

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to all parties in interest, including but not limited to: Alejandro Oliveras Rivera, Chapter 13 Trustee, PO Box 9024062, San Juan, PR 00902-4062; and Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office, Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, P.R. 00906.  Furthermore, I hereby certify that all non CM/ECF participants will be served with an exact copy of this document by regular U.S. mail, postage prepaid, sent to their addresses of record as these appear in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, May 20, 2010.

**s/JOSE L. JIMENEZ QUINONES**
JOSE L. JIMENEZ QUINONES
USDC-PR 203808
THE HATO REY CENTER, STE. 1118
268 AVE. PONCE DE LEON
SAN JUAN, PR 00918
TEL.(787) 282-9009
Mobile (787) 691-3458
FAX 1-866-326-9416
jljimenez11@gmail.com

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:        Case No. **09-07699-13**

**PANZARDI ALVAREZ, EVELYN MARIA**      Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **5/19/2010**      ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION      Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 250.00 | x | 1 | = $ | 250.00 |
| $ | 150.00 | x | 7 | = $ | 1,050.00 |
| $ | 200.00 | x | 52 | = $ | 10,400.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $    **11,700.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $_____

PROPOSED BASE: $    **11,700.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $    **1,677.00**

Signed: **/s/ EVELYN MARIA PANZARDI ALVAREZ**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $_____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **BANCO SANTANDER**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
     ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**    Phone: **(787) 282-9009**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

PANZARDI ALVAREZ, EVELYN MARIA
URB ALTURAS DE FLAMBOYAN
KK-5 CALLE 31
BAYAMON, PR 00959

BANCO SANTANDER DE PR
DIVISION DE TARJETAS BANCARIAS
PO BOX 362589
SAN JUAN, PR 00936-2589

PORTFOLIO RECOVERY ASSOCIATES, LLC
PO BOX 12914
NORFOLK, VA 23541

JIMENEZ - QUINONES LAW OFFICES
268 AVE PONCE DE LEON STE 1118
SAN JUAN, PR 00918-2007

CHASE
CARDMEMBER SERVICE
PO BOX 15298
WILMINGTON, DE 19850-5298

PROGRESSIVE FINANCE & INVESTMENT
CORP
P.O. BOX 42004
SAN JUAN, PR 00940

ACADEMY COLLECTION SERVICES INC
PO BOX 16119
PHILADELPHIA, PA 19114-0119

CITIBANK (SOUTH DAKOTA) N.A.
PO BOX 6305
THE LAKES, NV 88901-6305

PUERTO RICO LOSS MITIGATION, INC.
PO BOX 51938
TOA BAJA, PR 00950

ACADEMY COLLECTION SERVICES INC
10965 DECATUR ROAD
PHILADELPHIA, PA 19154-3210

RONCOLI BAERGA & ASSOCIATES
PO BOX 363894
SAN JUAN, PR 00936-3894

AMERICAN EXPRESS
PO BOX 1270
NEWARK,, NJ 01101-1270

FIA CARD SERVICES
P.O. BOX 15026
WILMINGTON, DE 19850-5026

SAMS DISCOVER
PO BOX 960013
ORLANDO, FL 32896-0013

BANCO POPULAR - MORTGAGE
BANKRUPTCY DIV.
PO BOX 362708
SAN JUAN, PR 00936-2708

FIA CARD SERVICES
PO BOX 15720
WILMINGTON, DE 19850-5720

SEARS
CREDIT CARDS
PO BOX 183081
COLUMBUS, OH 43218-3081

BANCO POPULAR DE PR
CARD PRODUCTS DIVISION
PO BOX 363228
SAN JUAN, PR 00936-3228

FIA CARD SERVICES
1110 NORTH KING STREET
WILMINGTON, DE 19801

BANCO POPULAR DE PR
CARDS PRODUCT DIVISION
PO BOX 70100
SAN JUAN, PR 00936-8100

GAP
PO BOX 530942
ATLANTA, GA 30353-0942

BANCO SANTANDER DE PR
P.O. BOX 362589
SAN JUAN, PR 00936-2589

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
PO BOX 689108
DES MOINES, IA 50364-0500

BANCO SANTANDER DE PR
P.O. BOX 70117
SAN JUAN, PR 00936-8117

PENTAGON FEDERAL CREDIT UNION
1001 N FAIRFAX ST
ALEXANDRIA, VA 22314-1503