IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EVELYN MARIA PANZARDI ALVAREZ

DEBTOR(S)

CASE 09-07699-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **October 22, 2009**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $24,742.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: May 19, 2010     PLAN BASE: $11,700.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 5/26/2010

[ ] FAVORABLE     [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   Appraisal report shows realty has value of $185,000.00. Consequently liquidation value is now $24,742.00. Present value is $27,958.00.

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Schedule A should be amended to reflect realty value of $185,000.00 and not $150,000.00 as originally scheduled.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee: $3,000.00 /$1,323.00/$1,677.00

Atty: JIMENEZ QUINONES LAW

/s/ Alejandro Oliveras Rivera
Alejandro Oliveras Rivera
USDC #131006
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062